**NOT FOR PUBLICATION** **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GERALD R. SHARPE, JR., and NICHOLAS D'AMICO | : | |
| Plaintiff, | : | Civil Action No. 07-1897 (JAP) |
| v. | : | **ORDER** |
| DAVID E. ROBBINS, ESQ. and KAUFMAN, FEINER, YAMIN, GILDIN & ROBBINS, LLP | : | |
| Defendants. | : | |

Presently before the Court is Defendants' motion for summary judgment (docket entry 14). Plaintiffs oppose this motion. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 23rd day of June, 2009,

**ORDERED** that Defendants' motion for summary judgment (docket entry 14) is **GRANTED**.

**SO ORDERED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.