# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-3130

Sharpe, et al v. Robbins, et al

(D.N.J. No. 3-07-cv-01897)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: 17 November 2009

cc:

Glenn A. Bergenfield, Esq.
Jason S. Feinstein, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk